NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

June 9, 2022

**ERRATA**

---

Appeal No. 2021-1972

**AFGE LOCAL 3438,**
*Petitioner*

**v.**

**SOCIAL SECURITY ADMINISTRATION,**
*Respondent*

---

Decided:  May 25, 2022
Non-Precedential Opinion

---

Please make the following change:

Page 4, line 3, "*Reid*, 793 F.2d at 279." is changed to "*Reid v. Dep't of Commerce*, 793 F.2d 277, 279 (Fed. Cir. 1986)."